James V. BRYANT, Jr.,
Plaintiff–Appellee,

v.

UNITED STATES TREASURY
DEPARTMENT, SECRET
SERVICE, Defendant,

and

Jeff Jordan; Brian V. Hunter,
Defendants–Appellants.

No. 88–5889.

United States Court of Appeals,
Ninth Circuit.

Feb. 27, 1992.

Before SCHROEDER, FLETCHER and TROTT, Circuit Judges.

ORDER

In light of the Supreme Court's summary reversal of this court's opinion in this appeal, 903 F.2d 717 (9th Cir.1990), *Hunter v. Bryant,* — U.S. ——, 112 S.Ct. 534, 116 L.Ed.2d 589 (1991), we reverse the district court and remand to the district court for dismissal.